G. J. SEEDMAN Co., INC., Respondent, v. MORRIS FEIN and WEST FOURTEENTH STREET AND STILLWELL AVENUE GARAGE, INC., Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

MARY SICILIA, Respondent, v. THOMAS ROULSTON, INC., Defendant. PETER B. RENNING, Appellant.— Motion to dismiss appeal denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

DAVIDSON L. SOUTHARD, Respondent, v. GEORGE L. HAGERTY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

JOHN M. STEWART, Respondent, v. CALVIN R. JOHNSON, Appellant.— Motion to dismiss appeal denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

JOHN M. STEWART, Respondent, v. CALVIN R. JOHNSON, Appellant, and Another, Defendant.— Motion to dispense with printing record denied. Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

MARGARET STRECKER, Doing Business as MANHATTAN LUMBER COMPANY, Respondent, v. KEW GARDENS REALTY ASSOCIATES, INC., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

JOHN LANGDON TAYLOR, Appellant, v. THE ROBERT E. RAMSAY ORGANIZATION INC., and ROBERT E. RAMSAY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

RALPH TURKIN, Respondent, and JACOB TURKIN, Plaintiff, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

EMMA M. UDALL, Appellant, v. JOHN C. UDALL, Respondent. CHARLES E. SCHWEITZER, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

DAVID P. WADE, Respondent, v. WALTER N. RUVMAN, Also Known as WALTER N. ROWMAN, Appellant.— Motion for stay granted to the extent of staying examination of defendant before trial. In other respects, motion denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting. Settle order on notice.